832 A.2d 314

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. AL–LATEEF JACKSON, A/K/A HAKIM MALON, RAHEEM BROUND, RAHEEM BROWN, ALTARIQ COOK, ALTERIG COOK, HAKIM HICKSOB AND HAKIM HICKSON, DEFENDANT–APPELLANT.

September 11, 2003.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.